```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
POP TOP CORP.,                                           :
                                                         :
                                                         :
                              Plaintiff,                 :
                                                         :
              -against-                                  :
                                                         :      20-CV-6598 (VSB)
                                                         :
BARNESANDNOBLE.COM LLC,                                  :          **ORDER**
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2021

VERNON S. BRODERICK, United States District Judge:

On February 19, 2021, Defendant filed a motion for judgment on the pleading pursuant to Federal Rule of Civil Procedure 12(c).  (Docs. 17–19.)  On March 5, 2021, Plaintiff filed its opposition to Defendant's motion and a motion to join an additional party, requesting that I change the name of Defendant from BarnesandNoble.com LLC to Nook Digital, LLC pursuant to Federal Rule of Civil Procedure 21.  (Docs. 23–24.)  Defendant consents to the change.  (Doc. 25.)  It is hereby:

ORDERED that Defendant's name shall be changed to Nook Digital, LLC.  The Clerk of Court is respectfully directed to revise the docket accordingly.

SO ORDERED.

Dated:  March 13, 2021
        New York, New York

_____
Vernon S. Broderick
United States District Judge