June 29, 2024

<u>Via ECF</u>:

Hon. Vernon S. Broderick
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  7/3/2024

Extension is granted until August 16, 2024.

Re:   *Pop Top Corp. v. Nook Digital, LLC*, 1:20-cv-06598 (VSB)

Dear Judge Broderick:

 Plaintiff Pop Top Corp. ("Pop Top"), by and through its counsel, hereby requests the following extension of time for Pop Top to file a Motion for Reconsideration Regarding the Court's Denial of Pop Top's Motion Relative to the Priority Date of the Patent-in-Suit. Dkt. 51.

 The Court denied Pop Top's Motion on June 18, 2024. Dkt. 51. According to Local Civil Rule 6.3, Pop Top's Motion for Reconsideration is currently due July 2, 2024.

 On June 25, 2024, Counsel for Pop Top filed a Motion for Leave to Withdraw. Dkt. 52.

 Defendant Nook Digital, LLC ("Nook") has requested three extensions of time, to respond to the complaint and to reply in support of a motion for judgment on the pleadings. Pop Top consented to each of the three requests and all three requests were granted by the Court. Dkts. 12, 15, & 26.

 Counsel for both parties have met and conferred, and Nook does not <u>believe that a motion for reconsideration would be warranted but takes no position</u> on this request for extension.

 Pop Top needs additional time to find substitute counsel. In addition, Pop Top's principal is traveling out of the country through July 23, 2024. Therefore, Pop Top requests that the Court extend Pop Top's deadline to file a Motion for Reconsideration by forty-five (45) days to August 16, 2024.

Respectfully submitted,

*/s/ Matthew M. Wawrzyn*

Matthew M. Wawrzyn, Counsel for Pop Top