UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
POP TOP CORP.,                                              :
:
            Plaintiff,                                      :
:                    20-CV-6598 (VSB)
       -against-                                            :
:                         **ORDER**
NOOK DIGITAL, LLC,                                          :
:
            Defendant.                                      :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 3, 2024, I granted attorney Matthew Wawrzyn's motion for leave to withdraw as counsel for Plaintiff.  (Doc. 55.)  I stayed the case until September 2, 2024 so that new counsel could appear, as corporate parties may not proceed in federal court pro se.  (*Id*.)  I then extended Plaintiff's deadline to retain successor counsel until August 16, 2024, (Doc. 56), and again until October 21, 2024, (Doc. 58).  In my most recent order, I warned that if Plaintiff failed to retain new counsel by the October 21, 2024 deadline, "or otherwise demonstrate an intent to prosecute this litigation, I will dismiss this case for failure to prosecute" pursuant to Fed. R Civ. P. 41(b).  (Doc. 58.)  To date, Plaintiff has entered the appearance of successor counsel nor taken any other action to prosecute this case.

1

Accordingly, is is hereby:

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 25, 2024
       New York, New York

Vernon S. Broderick
United States District Judge